

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00229-CV

**Jonathan Levine and Samantha Levine**

v.

**Steve Scharn Custom Homes, Inc., Steve Scharn, and NewFirst National Bank**

NO. 08DCV162201 IN THE 268TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 09/26/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/25/2013 | E-PAID | APE |
| MT FEE | $10.00 | 09/12/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/12/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 06/28/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/10/2013 | E-PAID | ANT |
| SUPP CLK RECORD | $200.00 | 05/06/2013 | PAID | ANT |
| MT FEE | $10.00 | 05/02/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/02/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/02/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 04/12/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 04/12/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 03/21/2013 | E-PAID | APE |
| MT FEE | $10.00 | 03/21/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 03/20/2013 | E-PAID | APE |
| MT FEE | $10.00 | 03/20/2013 | E-PAID | APE |
| MT FEE | $10.00 | 01/22/2013 | E-PAID | APE |
| MT FEE | $10.00 | 01/22/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 01/22/2013 | E-PAID | APE |

| | | | | |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 01/22/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 12/28/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 10/26/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/26/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 10/02/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/02/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 09/24/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/24/2012 | E-PAID | ANT |
| RPT RECORD | UNKNOWN | 08/29/2012 | PAID | ANT |
| CLK RECORD | UNKNOWN | 05/18/2012 | PAID | ANT |
| FILING | $175.00 | 03/14/2012 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $550.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 25, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**